CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
11/9/2017
JULIA C. DUDLEY, CLERK
BY: s/ JODY TURNER
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| PAMELA W. ZENS, | ) |
| Plaintiff, | ) ) ) Civil Action No. 5:17-cv-045 |
| v. | ) ) |
| WAL-MART STORES EAST, L.P., et al., | ) By: Michael F. Urbanski ) Chief United States District Judge |
| Defendants. | ) |

## ORDER

The parties to this case have filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii). Accordingly, this action is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 11/09/2017

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge